**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: May 10, 2010**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re:   Case No.   10-54746                :

Dorothy E. Williams,                        :         Chapter 13 (Judge Caldwell)

   Debtor.                                  :

### ORDER OF DISMISSAL WITHOUT ENTRY OF DISCHARGE

A review of the above-captioned case indicates that there has been no compliance with a Notice of Deficient Filing entered on April 22, 2010.  Accordingly, this case is dismissed without the entry of a discharge.

ps:050710    **IT IS SO ORDERED.**

Copies to:

All Creditors and All Parties in Interest